**Shao–Hua CHEN, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–71332.

**Agency No. A77–775–273.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 27, 2004.

David Z. Su, Esq., Law Offices of David Z. Su, El Monte, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, NVL–District Counsel, Office of the District Counsel, Las Vegas, NV, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Margaret Perry, Esq., David Dauenheimer, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before PREGERSON, KOZINSKI, and HAWKINS, Circuit Judges.

MEMORANDUM **

Substantial evidence supported the BIA's finding that Chen was not credible. *See Li v. Ashcroft*, 378 F.3d 959, 961 (9th Cir.2004). The BIA pointed to specific

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

inconsistencies going to the heart of Chen's claim. *See id.*

PETITION DENIED.